1

2                          UNITED STATES DISTRICT COURT

3                               DISTRICT OF NEVADA

4                                       * * *

5    CHRISTOPHER A. JONES,            )

6                      Plaintiff,     )        3:05-CV-00278-PMP-RAM
                                      )
7    v.                               )
                                      )
8    MARK DRAIN, et al.,              )        O R D E R
                                      )
9                      Defendants     )
     _____)

10

11          Before the Court is the Report and Recommendation (#38) of the Honorable

12   Robert A. McQuaid, United States Magistrate Judge, entered June 19, 2006.  No Objections

13   to the Magistrate Judge's Report and Recommendation were filed in accordance with Local

14   Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of

15   Nevada.

16          The Court has conducted a de novo review of the record in this case in

17   accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2, and determines

18   that the Report and Recommendation of Magistrate Judge McQuaid should be affirmed.

19          IT IS THEREFORE ORDERED that Magistrate Judge McQuaid's Report and

20   Recommendation is affirmed, Plaintiff's Request for Entry of Default (#26) is denied,

21   Plaintiff's Motion for Summary Judgment (#18) is denied, and Defendants' Cross-Motion

22   for Summary Judgment is denied.

23   DATED:  July 11, 2006

24

25                                            _____
                                              PHILIP M. PRO
26                                            Chief United States District Judge