UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | 3:05-CV-0278-PMP (RAM) |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | June 26, 2007 |
| MARK DRAIN, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    FRANK JUSTILIANO        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Defendants have filed a Motion for Clarification on Dispositive Motion Deadline (Doc. #104).

    Defendants' Motion for Clarification on Dispositive Motion Deadline (Doc. #104) is GRANTED.  The last day to file dispositive motions is July 29, 2007.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____/s/_____
    Deputy Clerk