AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| CHRISTOPHER A. JONES <br> *Plaintiff* <br> v. <br> MARK DRAIN and E. K. McDANIEL <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:05-CV-0278-RAM <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   the plaintiff, Christopher A. Jones, recover from defendant, Mark Drain, $1.00 in nominal damages and $4,000.00 in punitive damages, and that the plaintiff, Christopher A. Jones, recover from defendant, E. K. McDaniel, $1.00 in nominal damages and $7,000.00 in punitive damages.

This action was *(check one)*:

☑ tried by a jury with Judge  Robert A. McQuaid, Jr., United States Magistrate Judge   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   03/31/2010

CLERK OF COURT

*Jennifer Cotter*
*Signature of Clerk or Deputy Clerk*