# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | 3:05-CV-0278-RAM |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 15, 2010 |
| MARK DRAIN, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Unseal Transcript of Hearing dated June 29, 2010 (Doc. #301). Good cause appearing,

Defendants' Motion to Unseal Transcript of Hearing dated June 29, 2010 (Doc. #301) is **GRANTED**. The transcript of the hearing dated June 29, 2010 (Doc. #291) shall be **UNSEALED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk