**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | 3:05-cv-0278-RAM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| MARK DRAIN, et al., | ) | |
| Defendants. | ) | |

Defendants have filed a Motion for Indicative Ruling (Doc. #309). Plaintiff has opposed the Motion (Doc. #312) and Defendants have replied (Doc. #313). Plaintiff has also filed a Motion to Stay (Doc. #314).

Although the Court of Appeals in its Order filed January 31, 2011 (Doc. #308), referenced the District Court issuing an indicative ruling, there are not any outstanding motions pending before this court on which to rule.

If the Court of Appeals was seeking this court's opinion as to the scope of the settlement reached on June 29, 2010, it was opinion that the case was fully and finally settled on that date with no issues remaining and that the case would be closed following the filing of the Satisfaction of Judgment.

There had been settlement discussions prior to June 29, 2010, between counsel for the parties and a tentative settlement agreed to that was repudiated by Mr. Jones. The court then convened the conference of June 29, 2010, and had Mr. Jones present by telephone so that there would be no misunderstanding as to the terms of the settlement and that the case could fully and finally be settled on that date.

/ / /

1 | Defendants' Motion for Indicative Ruling (Doc. #309) is **DENIED**.

2 | Plaintiff's Motion to Stay (Doc. #314) is **DENIED**.

3 | DATED: April 8, 2011.

_____
UNITED STATES MAGISTRATE JUDGE